# Exhibit 6

# Exhibit 6 - U.S. Patent No. 8,797,908 ("'908 Patent")

Accused Instrumentalities: the T-Mobile MDM Solution including T-Mobile for Business Mobile Device Management Solutions, and all versions and variations thereof since the issuance of the asserted patent.

Claim 1

| Claim | Public Documentation |
|---|---|
| [1pre] A method performed by a network system, the method comprising: | To the extent the preamble is found to be limiting, T-Mobile's network performs a method comprising [1a]-[1i] as discussed below. *See also, e.g.*:<br><br>https://www.t-mobile.com/business/solutions/security/mobile-device-management |
| [1a] obtaining, from a device-group | T-Mobile's network performs obtaining, from a device-group management entity, at least a first portion of a device-group service policy applicable to a device group managed at least in part by the device-group management entity, the device-group management entity being different from a network system |

| Claim | Public Documentation |
|---|---|
| management entity, at least a first portion of a device-group service policy applicable to a device group managed at least in part by the device-group management entity, the device-group management entity being different from a network system operator associated with the network system, the device group including a plurality of end-user devices communicatively coupled or capable of being communicatively coupled to the network system over a first wireless network, the plurality of end-user devices including a first end-user device and a second end-user device, the device-group service policy to be applied when any end-user device in the device group communicates or | operator associated with the network system, the device group including a plurality of end-user devices communicatively coupled or capable of being communicatively coupled to the network system over a first wireless network, the plurality of end-user devices including a first end-user device and a second end-user device, the device-group service policy to be applied when any end-user device in the device group communicates or initiates communication over the first wireless network, the device-group service policy comprising [1b] and [1c].

For example, T-Mobile's platform allows enterprise customers to define and push service and security policies to groups of enrolled corporate-owned or BYOD mobile devices. These managed devices are provisioned on T-Mobile's cellular network and typically assigned to the enterprise customer account. The MDM system can organize devices into groups by role, department, or function, all of which communicate via T-Mobile's LTE/5G wireless network. MDM policies can enforce rules based on network context, such as VPN enforcement and restrictions or allowances based on SSID or network type. These policies apply dynamically based on the device's connectivity status and ensure compliance with enterprise standards.

"On the security front, T-Mobile's Secure Wi-Fi is a VPN traffic encryption service that automatically turns on when the managed corporate mobile device connects to any Wi-Fi network." "On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint device management capabilities with corporate-owned or BYOD smartphones and tablets." "T-Mobile for Business provides customers with a hosted web-based portal that allows IT and mobility admins to remotely manage all devices from any location."

https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622

**Best Security Practices for Workforce Mobility.**

Keeping network access and sensitive data flowing to the right hands—and out of the wrong ones—is an increasingly complex endeavor. Fortunately, there are solutions that can quickly improve an organization's security stance, organized in three key categories: devices, network, and people.

**Devices.** Mobile Device Management (MDM) solutions, executed via a central cloud-based console, help address device security. They typically offer two key features:

- *Security* – Mobile Device Management solutions can help organizations control device access, set usage and password policies, remotely lock/wipe a lost or stolen phone, and hinder access to hackers or malware attacks.

- *Management* – MDM solutions deliver a single platform where all mobile devices in use can be monitored and managed and can authorize users with some form of identity management. MDM also offers the ability to perform remote troubleshooting and device repair, set compliance policies, and increase device visibility.

**Network and People.** The FTC maintains a running list of helpful tips and advice for those looking to make their mobile futures as secure as possible, including:

- Network segmentation
- Requiring secure passwords and authentication
- Restricting employees' access to sensitive data

https://www.t-mobile.com/business/trends-insights/security/cybersecurity/5g-cybersecurity-benefits |

| Claim | Public Documentation |
|---|---|
| initiates communication over the first wireless network, the device-group service policy comprising: | |
| [1b] a classification policy to assist in identifying traffic associated with one or more available service activities, the one or more available service activities being a subset of all service activities available over the first wireless network, the traffic associated with the one or more available service activities consisting of data traffic, and | The device-group service policy comprises a classification policy to assist in identifying traffic associated with one or more available service activities, the one or more available service activities being a subset of all service activities available over the first wireless network, the traffic associated with the one or more available service activities consisting of data traffic.<br><br>For example, T-Mobile MDM tools support remote troubleshooting, device fixes, remote wiping and clearing corporate apps and data from devices. Through integration with, e.g., secure gateways, mobile threat defense tools, and mobile device telemetry or deep packet inspection engines, they can classify traffic associated with service activities.<br><br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |
| [1c] a control policy to assist in controlling at least a portion of the traffic associated with the one or more available service activities; | The device-group service policy comprises a control policy to assist in controlling at least a portion of the traffic associated with the one or more available service activities. *See, e.g.*, [1b]. |
| 1d] identifying prospective, | T-Mobile's network performs identifying prospective, attempted, or successful data traffic over the first wireless network associated with the first end-user device. *See, e.g.*, [1b]. |

| Claim | Public Documentation |
|---|---|
| attempted, or successful data traffic over the first wireless network associated with the first end-user device; | |
| [1e] based on at least a portion of the classification policy, identifying first traffic associated with the one or more available service activities within the prospective, attempted, or successful data traffic over the first wireless network associated with the first end-user device; | T-Mobile's network performs, based on at least a portion of the classification policy, identifying first traffic associated with the one or more available service activities within the prospective, attempted, or successful data traffic over the first wireless network associated with the first end-user device. *See, e.g.*, [1b]. <br><br> "Secure Wi-Fi protects corporate data and devices by encrypting unsecured Wi-Fi data end to end from the device to the internet. The service seamlessly integrates with the T-Mobile network where available when Wi-Fi performance is poor, helping avoid delays and disruptions. Secure Wi-Fi can also detect if another corporate VPN app/service is running on a device and can defer to that VPN technology to avoid potential issues from network overlaps." <br><br> https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |
| [1f] based on at least a portion of the control policy, controlling at least a portion of the first traffic associated with the one or more available service activities; | T-Mobile's network performs, based on at least a portion of the control policy, controlling at least a portion of the first traffic associated with the one or more available service activities. *See, e.g.*, [1b]. |
| [1g] determining that the first end-user device is connected to a | T-Mobile's network performs determining that the first end-user device is connected to a second wireless network, e.g.: |

| Claim | Public Documentation |
|---|---|
| second wireless network; | "Secure Wi-Fi protects corporate data and devices by encrypting unsecured Wi-Fi data end to end from the device to the internet. The service seamlessly integrates with the T-Mobile network where available when Wi-Fi performance is poor, helping avoid delays and disruptions. Secure Wi-Fi can also detect if another corporate VPN app/service is running on a device and can defer to that VPN technology to avoid potential issues from network overlaps."<br><br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |
| [1h] identifying prospective, attempted, or successful data traffic over the second wireless network associated with the first end-user device; and | T-Mobile's network performs identifying prospective, attempted, or successful data traffic over the second wireless network associated with the first end-user device. *See, e.g.*, [1g]. |
| [1i] refraining from applying at least a second portion of the device-group service policy to at least a portion of the prospective, attempted, or successful data traffic over the second wireless network associated with the first end-user device, the at least a second portion of the device-group service policy being the same as or different from the at least a first portion | T-Mobile's network performs refraining from applying at least a second portion of the device-group service policy to at least a portion of the prospective, attempted, or successful data traffic over the second wireless network associated with the first end-user device, the at least a second portion of the device-group service policy being the same as or different from the at least a first portion of the device-group service policy. *See, e.g.*, [1g]. |

| Claim | Public Documentation |
|---|---|
| of the device-group service policy. | |