# Exhibit 7

## Exhibit 7 - U.S. Patent No. 9,706,061 ("'061 Patent")

Accused Instrumentalities: the T-Mobile MDM Solution including T-Mobile for Business Mobile Device Management Solutions, and all versions and variations thereof since the issuance of the asserted patent.

Claim 1

| Claim | Public Documentation |
|---|---|
| [1pre] A method for operating a service design system to implement a service plan including one or more wireless network data services to be provided by one or more wireless access networks to one or more wireless end-user devices, the method comprising: | T-Mobile performs and induces business/enterprise customers to perform a method for operating a service design system to implement a service plan including one or more wireless network data services to be provided by one or more wireless access networks to one or more wireless end-user devices, the method comprising [1a]-[1d] as discussed below.<br><br>See also, e.g.:<br><br> |

| Claim | Public Documentation |
|---|---|
| | https://www.t-mobile.com/business/solutions/security/mobile-device-management<br><br>On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint device management capabilities with corporate-owned or BYOD smartphones and tablets. T-Mobile for Business can extend these management capabilities to devices on its mobile wireless network as well as to devices on other networks (which might be required to support some BYOD scenarios).<br><br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |
| [1a] accepting, via a service design system user interface, user input defining an event associated with a use of at least one of the wireless access networks according to the service plan; | The method comprises accepting, via a service design system user interface, user input defining an event associated with a use of at least one of the wireless access networks according to the service plan, e.g.:<br><br>**Best Security Practices for Workforce Mobility.**<br><br>Keeping network access and sensitive data flowing to the right hands—and out of the wrong ones—is an increasingly complex endeavor. Fortunately, there are solutions that can quickly improve an organization's security stance, organized in three key categories: devices, network, and people.<br>**Devices.** Mobile Device Management (MDM) solutions, executed via a central cloud-based console, help address device security. They typically offer two key features:<br>- *Security* – Mobile Device Management solutions can help organizations control device access, set usage and password policies, remotely lock/wipe a lost or stolen phone, and hinder access to hackers or malware attacks.<br>- *Management* – MDM solutions deliver a single platform where all mobile devices in use can be monitored and managed and can authorize users with some form of identity management. MDM also offers the ability to perform remote troubleshooting and device repair, set compliance policies, and increase device visibility.<br><br>**Network and People.** The FTC maintains a running list of helpful tips and advice for those looking to make their mobile futures as secure as possible, including:<br>- Network segmentation<br>- Requiring secure passwords and authentication<br>- Restricting employees' access to sensitive data<br><br>https://www.t-mobile.com/business/trends-insights/security/cybersecurity/5g-cybersecurity-benefits<br><br>*See also, e.g.*, [1pre]. |

| Claim | Public Documentation |
|---|---|
| [1b] receiving, via the service design system user interface, user input specifying a plurality of service policies associated with the defined event, the service policies including at least two of an access policy that defines rights to access a wireless network data service selected from a plurality of Internet data service definitions available for user selection via the interface, a service accounting policy that defines accounting for using the wireless network data service, and a notification policy that defines when to provide notifications corresponding to the wireless network data service; | The method comprises receiving, via the service design system user interface, user input specifying a plurality of service policies associated with the defined event, the service policies including at least two of an access policy that defines rights to access a wireless network data service selected from a plurality of Internet data service definitions available for user selection via the interface, a service accounting policy that defines accounting for using the wireless network data service, and a notification policy that defines when to provide notifications corresponding to the wireless network data service, e.g.: <br><br> **Fix issues remotely.** <br> Remote device management provides greater visibility and control with secure, cloud-based management of all of your devices—smartphones, tablets, laptops, desktops—whether corporate or employee-owned, through a single portal. For iOS and Android, IT can remotely view and control a user's mobile screen, with the user's permission, to help troubleshoot and resolve issues quickly and efficiently. <br><br> **Reduce demands on IT and user downtime.** <br> Get real-time intelligence and tools for faster issue resolution across the enterprise for devices on your network with AI-powered IT tools with Ivanti Neurons for UEM. Automatically determine what users and endpoints connect to the network, when they connect, and what software is installed on them. Automate routine troubleshooting tasks. And provide first line analysts with diagnostic tools and remediation capabilities to quickly resolve issues. <br><br> **Gain insights and analytics.** <br> Gain in-depth insights across all managed devices via custom reports and automated visibility and control remediation actions.t. <br><br> **Get certified professional support.** <br> Gain peace of mind knowing that our certified experts will work with you beyond just implementation to help ensure the success of your MDM solution throughout the entire lifecycle. <br><br> https://www.t-mobile.com/business/solutions/security/mobile-device-management/ivanti-neurons-mdm#:~:text=Ivanti%20Neurons%20for%20MDM%20provides,access%20from%20a%20single%20portal |

| Claim | Public Documentation |
|---|---|
| | **Best Security Practices for Workforce Mobility.**<br><br>Keeping network access and sensitive data flowing to the right hands—and out of the wrong ones—is an increasingly complex endeavor. Fortunately, there are solutions that can quickly improve an organization's security stance, organized in three key categories: devices, network, and people.<br><br>**Devices.** Mobile Device Management (MDM) solutions, executed via a central cloud-based console, help address device security. They typically offer two key features:<br><br>- *Security* – Mobile Device Management solutions can help organizations control device access, set usage and password policies, remotely lock/wipe a lost or stolen phone, and hinder access to hackers or malware attacks.<br><br>- *Management* – MDM solutions deliver a single platform where all mobile devices in use can be monitored and managed and can authorize users with some form of identity management. MDM also offers the ability to perform remote troubleshooting and device repair, set compliance policies, and increase device visibility.<br><br>**Network and People.** The FTC maintains a running list of helpful tips and advice for those looking to make their mobile futures as secure as possible, including:<br><br>- Network segmentation<br>- Requiring secure passwords and authentication<br>- Restricting employees' access to sensitive data<br><br>https://www.t-mobile.com/business/trends-insights/security/cybersecurity/5g-cybersecurity-benefits<br><br>*See also, e.g.*, [1a]. |
| [1c] creating a definition for the service plan based at least in part on the defined event and the at least two specified service policies; and | The method comprises creating a definition for the service plan based at least in part on the defined event and the at least two specified service policies, e.g.: |

Page 4 of 6

| Claim | Public Documentation |
|---|---|
| | **Fix issues remotely.** Remote device management provides greater visibility and control with secure, cloud-based management of all of your devices—smartphones, tablets, laptops, desktops—whether corporate or employee-owned, through a single portal. For iOS and Android, IT can remotely view and control a user's mobile screen, with the user's permission, to help troubleshoot and resolve issues quickly and efficiently.<br><br>**Reduce demands on IT and user downtime.** Get real-time intelligence and tools for faster issue resolution across the enterprise for devices on your network with AI-powered IT tools with Ivanti Neurons for UEM. Automatically determine what users and endpoints connect to the network, when they connect, and what software is installed on them. Automate routine troubleshooting tasks. And provide first line analysts with diagnostic tools and remediation capabilities to quickly resolve issues.<br><br>**Gain insights and analytics.** Gain in-depth insights across all managed devices via custom reports and automated visibility and control remediation actions.t.<br><br>**Get certified professional support.** Gain peace of mind knowing that our certified experts will work with you beyond just implementation to help ensure the success of your MDM solution throughout the entire lifecycle.<br><br>https://www.t-mobile.com/business/solutions/security/mobile-device-management/ivanti-neurons-mdm#:~:text=Ivanti%20Neurons%20for%20MDM%20provides,access%20from%20a%20single%20portal<br><br>On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint device management capabilities with corporate-owned or BYOD smartphones and tablets. T-Mobile for Business can extend these management capabilities to devices on its mobile wireless network as well as to devices on other networks (which might be required to support some BYOD scenarios).<br><br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |
| [1d] automatically translating the service plan | The method comprises automatically translating the service plan definition into instructions for one or more policy implementation elements, the instructions to cause the one or more policy implementation elements to implement the specified service policies when the event is detected for at least |

Page 5 of 6

| Claim | Public Documentation |
|---|---|
| definition into instructions for one or more policy implementation elements, the instructions to cause the one or more policy implementation elements to implement the specified service policies when the event is detected for at least one applicable wireless end-user device's use of at least one of the wireless access networks, the at least one applicable wireless end-user device subject to the service plan. | one applicable wireless end-user device's use of at least one of the wireless access networks, the at least one applicable wireless end-user device subject to the service plan, e.g.:<br>On the security front, T-Mobile's Secure Wi-Fi is a VPN traffic encryption service that automatically turns on when the managed corporate mobile device connects to any Wi-Fi network." "On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint device management capabilities with corporate-owned or BYOD smartphones and tablets." "T-Mobile for Business provides customers with a hosted web-based portal that allows IT and mobility admins to remotely manage all devices from any location."<br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622<br><br>**Fix issues remotely.**<br>Remote device management provides greater visibility and control with secure, cloud-based management of all of your devices—smartphones, tablets, laptops, desktops—whether corporate or employee-owned, through a single portal. For iOS and Android, IT can remotely view and control a user's mobile screen, with the user's permission, to help troubleshoot and resolve issues quickly and efficiently.<br><br>**Reduce demands on IT and user downtime.**<br>Get real-time intelligence and tools for faster issue resolution across the enterprise for devices on your network with AI-powered IT tools with Ivanti Neurons for UEM. Automatically determine what users and endpoints connect to the network, when they connect, and what software is installed on them. Automate routine troubleshooting tasks. And provide first line analysts with diagnostic tools and remediation capabilities to quickly resolve issues.<br><br>**Gain insights and analytics.**<br>Gain in-depth insights across all managed devices via custom reports and automated visibility and control remediation actions.t.<br><br>**Get certified professional support.**<br>Gain peace of mind knowing that our certified experts will work with you beyond just implementation to help ensure the success of your MDM solution throughout the entire lifecycle.<br><br>https://www.t-mobile.com/business/solutions/security/mobile-device-management/ivanti-neurons-mdm#:~:text=Ivanti%20Neurons%20for%20MDM%20provides,access%20from%20a%20single%20portal |