# Exhibit 8

## Exhibit 8 - U.S. Patent No. 10,228,144 ("'144 Patent")

Accused Instrumentalities: the T-Mobile MDM Solution including T-Mobile for Business Mobile Device Management Solutions, and all versions and variations thereof since the issuance of the asserted patent.

Claim 1

| Claim | Public Documentation |
|---|---|
| [1pre] A wireless end-user device, comprising: | To the extent the preamble is found to be limiting, the Accused Instrumentalities contain a wireless end-user device comprising the claimed elements as discussed below. *See also, e.g.*: <br><br> For example, the Accused Instrumentalities include an end-user device: <br><br> On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint device management capabilities with corporate-owned or BYOD smartphones and tablets. T-Mobile for Business can extend these management capabilities to devices on its mobile wireless network as well as to devices on other networks (which might be required to support some BYOD scenarios). <br><br> https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |
| [1a] a wireless wide area network (WWAN) modem to receive and transmit Internet data between the device and at least one WWAN when configured for and connected to the at least one WWAN; and | The Accused Instrumentalities include a wireless wide area network (WWAN) modem to receive and transmit Internet data between the device and at least one WWAN when configured for and connected to the at least one WWAN. <br><br> For example, the Accused Instrumentalities utilizes WWAN to communicate with and manage devices. <br><br> Secure Wi-Fi protects corporate data and devices by encrypting unsecured Wi-Fi data end to end from the device to the internet. The service seamlessly integrates with the T-Mobile network where available when Wi-Fi performance is poor, helping avoid delays and disruption. Secure Wi-Fi can also detect if another corporate VPN app/service is running on a device and can defer to that VPN technology to avoid potential issues from network overlaps. <br><br> https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |

| Claim | Public Documentation |
|---|---|
| [1b] one or more processors configured to execute one or more processes in a kernel execution partition, one or more processes in an application execution partition, and one or more processes in a protected execution partition, | In the Accused Instrumentalities, the processor(s) are configured to execute one or more processes in a kernel execution partition, one or more processes in an application execution partition, and one or more processes in a protected execution partition.<br><br>For example, one of the features of the Accused Instrumentalities is they allow an enterprise to allow "remote troubleshooting and device fixes" and "as an ultimate control, EMM/MDM functionality can prevent data loss and compromise by remotely wiping devices completely or clearing just the corporate apps and data from devices if they are BYOD." To remotely control device permissions and policies, the system must link securely to a service processor on a wireless end-user device.<br><br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |
| [1c] the one or more processes executed in the kernel execution partition including an operating system packet network stack to pass Internet data packet traffic between the WWAN modem and one or more applications executing in the application execution partition, an application | In the Accused Instrumentalities, the processor is configured to execute in the kernel execution partition including an operating system packet network stack to pass Internet data packet traffic between the WWAN modem and one or more applications executing in the application execution partition, an application identification agent to classify individual flows of the Internet data packet traffic passing through the stack according to which of the one or more applications is associated with a particular individual flow, a service measurement agent to measure, for classified individual flows, an amount of the Internet data packet traffic associated with each of the one or more applications, and a policy control agent to apply application-specific traffic policy controls to classified individual flows.<br><br>For example, T-Mobile's platform allows enterprise customers to define and push service and security policies to groups of enrolled corporate-owned or BYOD mobile devices. These managed devices are provisioned on T-Mobile's cellular network and typically assigned to the enterprise customer account. The MDM system can organize devices into groups by role, department, or function, all of which communicate via T-Mobile's LTE/5G wireless network. MDM policies can enforce rules based on network context, such as VPN enforcement and restrictions or allowances based on SSID or network type. These policies apply dynamically based on the device's connectivity status and ensure compliance with enterprise standards.<br><br>"On the security front, T-Mobile's Secure Wi-Fi is a VPN traffic encryption service that automatically turns on when the managed corporate mobile device connects to any Wi-Fi network." "On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint device management capabilities with corporate-owned or BYOD smartphones and tablets." "T-Mobile for Business provides customers with a hosted web-based portal that allows IT and mobility admins to remotely manage all devices from any location."<br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |

| Claim | Public Documentation |
|---|---|
| identification agent to classify individual flows of the Internet data packet traffic passing through the stack according to which of the one or more applications is associated with a particular individual flow, a service measurement agent to measure, for classified individual flows, an amount of the Internet data packet traffic associated with each of the one or more applications, and a policy control agent to apply application-specific traffic policy controls to classified individual flows, | **Best Security Practices for Workforce Mobility.** Keeping network access and sensitive data flowing to the right hands—and out of the wrong ones—is an increasingly complex endeavor. Fortunately, there are solutions that can quickly improve an organization's security stance, organized in three key categories: devices, network, and people. **Devices.** Mobile Device Management (MDM) solutions, executed via a central cloud-based console, help address device security. They typically offer two key features: <br>• *Security* – Mobile Device Management solutions can help organizations control device access, set usage and password policies, remotely lock/wipe a lost or stolen phone, and hinder access to hackers or malware attacks. <br>• *Management* – MDM solutions deliver a single platform where all mobile devices in use can be monitored and managed and can authorize users with some form of identity management. MDM also offers the ability to perform remote troubleshooting and device repair, set compliance policies, and increase device visibility. <br>**Network and People.** The FTC maintains a running list of helpful tips and advice for those looking to make their mobile futures as secure as possible, including: <br>• Network segmentation <br>• Requiring secure passwords and authentication <br>• Restricting employees' access to sensitive data <br><br>https://www.t-mobile.com/business/trends-insights/security/cybersecurity/5g-cybersecurity-benefits |

| Claim | Public Documentation |
|---|---|
| [1d] the one or more processes executed in the protected execution partition including one or more device agents with limited privileges to access processes executing in the kernel execution partition, including a privilege to configure the application-specific traffic policy controls of the policy control agent, and a privilege to receive at least one of Internet data packet traffic passing between the operating system packet network stack and the WWAN modem, and | In the Accused Instrumentalities, processes executed in the protected execution partition include one or more device agents with limited privileges to access processes executing in the kernel execution partition, including a privilege to configure the application-specific traffic policy controls of the policy control agent, and a privilege to receive at least one of Internet data packet traffic passing between the operating system packet network stack and the WWAN modem.<br><br>For example, the Accused Instrumentalities necessarily collect the device-generated service usage information from each managed device. *See, e.g.*, [1c]. |

| Claim | Public Documentation |
|---|---|
| [1e] traffic information including the measured amount of the Internet data packet traffic associated with each of the one or more applications. | In the Accused Instrumentalities, the processor is configured to aggregate the device-generated service usage information for a settlement platform according to respective device group partitions, such that a respective service activity report for each device group partition includes the collected device-generated service usage information specific to the wireless end-user devices belonging to that device group partition.<br><br>For example, T-Mobile MDM tools support remote troubleshooting, device fixes, remote wiping and clearing corporate apps and data from devices. Through integration with, e.g., secure gateways, mobile threat defense tools, and mobile device telemetry or deep packet inspection engines, they can classify traffic associated with service activities.<br><br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622. *See, e.g.*, [1c]. |