# Exhibit 9

**Exhibit 9 - U.S. Patent No. 10,080,250 ("'250 Patent")**

Accused Instrumentalities: the T-Mobile MDM Solution including T-Mobile for Business Mobile Device Management Solutions, and all versions and variations thereof since the issuance of the asserted patent.

Claim 1

| Claim | Public Documentation |
|---|---|
| [1pre] A method of operating a wireless end-user device, the method comprising: | To the extent the preamble is found to be limiting, T-Mobile performs and induces business/enterprise customers to perform a method for operating a wireless end-user device comprising the claimed elements as discussed below. *See also, e.g.*: <br><br> For example, the method includes the operation of a wireless end-user device: <br><br> > On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint device management capabilities with corporate-owned or BYOD smartphones and tablets. T-Mobile for Business can extend these management capabilities to devices on its mobile wireless network as well as to devices on other networks (which might be required to support some BYOD scenarios). <br><br> https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |

| Claim | Public Documentation |
|---|---|
| [1a] storing secure policy information indicative of an application-specific execution environment policy and a configurable communication security policy; | The method comprises storing secure policy information indicative of an application-specific execution environment policy and a configurable communication security policy.<br><br>For example, T-Mobile MDM allows for security solutions such as setting usage and password policies, remotely locking/wiping a lost or stolen phone, and hindering access to hackers or malware attacks.<br><br>**Best Security Practices for Workforce Mobility.**<br><br>Keeping network access and sensitive data flowing to the right hands—and out of the wrong ones—is an increasingly complex endeavor. Fortunately, there are solutions that can quickly improve an organization's security stance, organized in three key categories: devices, network, and people.<br>**Devices.** Mobile Device Management (MDM) solutions, executed via a central cloud-based console, help address device security. They typically offer two key features:<br>• *Security* – Mobile Device Management solutions can help organizations control device access, set usage and password policies, remotely lock/wipe a lost or stolen phone, and hinder access to hackers or malware attacks.<br>• *Management* – MDM solutions deliver a single platform where all mobile devices in use can be monitored and managed and can authorize users with some form of identity management. MDM also offers the ability to perform remote troubleshooting and device repair, set compliance policies, and increase device visibility.<br><br>**Network and People.** The FTC maintains a running list of helpful tips and advice for those looking to make their mobile futures as secure as possible, including:<br>• Network segmentation<br>• Requiring secure passwords and authentication<br>• Restricting employees' access to sensitive data<br><br>https://www.t-mobile.com/business/trends-insights/security/cybersecurity/5g-cybersecurity-benefits |
| [1b] based on the secure stored information indicative of an application-specific execution environment policy, allowing a first set of multiple device application | The method comprises, based on the secure stored information indicative of an application-specific execution environment policy, allowing a first set of multiple device application instances to run only in a first secure application environment on the wireless end-user device, and allowing a second set of device application instances to run only outside of the first secure application environment.<br><br>For example, T-Mobile's platform allows enterprise customers to define and push service and security policies to groups of enrolled corporate-owned or BYOD mobile devices. These managed devices are provisioned on T-Mobile's cellular network and typically assigned to the enterprise customer account. The MDM system can organize devices into groups by role, department, or function, all of which communicate via T-Mobile's LTE/5G wireless network. MDM policies can enforce rules based on network context, such as VPN enforcement and restrictions or allowances based on SSID or network type. These policies apply dynamically based on the device's connectivity status and ensure compliance with enterprise standards.<br><br>"On the security front, T-Mobile's Secure Wi-Fi is a VPN traffic encryption service that automatically turns on when the managed corporate mobile device connects to any Wi-Fi network." "On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint |

| Claim | Public Documentation |
|---|---|
| instances to run only in a first secure application environment on the wireless end-user device, and allowing a second set of device application instances to run only outside of the first secure application environment; and | device management capabilities with corporate-owned or BYOD smartphones and tablets." "T-Mobile for Business provides customers with a hosted web-based portal that allows IT and mobility admins to remotely manage all devices from any location."<br><br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622<br><br>**Best Security Practices for Workforce Mobility.**<br><br>Keeping network access and sensitive data flowing to the right hands—and out of the wrong ones—is an increasingly complex endeavor. Fortunately, there are solutions that can quickly improve an organization's security stance, organized in three key categories: devices, network, and people.<br><br>**Devices.** Mobile Device Management (MDM) solutions, executed via a central cloud-based console, help address device security. They typically offer two key features:<br><br>- *Security* – Mobile Device Management solutions can help organizations control device access, set usage and password policies, remotely lock/wipe a lost or stolen phone, and hinder access to hackers or malware attacks.<br><br>- *Management* – MDM solutions deliver a single platform where all mobile devices in use can be monitored and managed and can authorize users with some form of identity management. MDM also offers the ability to perform remote troubleshooting and device repair, set compliance policies, and increase device visibility.<br><br>**Network and People.** The FTC maintains a running list of helpful tips and advice for those looking to make their mobile futures as secure as possible, including:<br><br>- Network segmentation<br>- Requiring secure passwords and authentication<br>- Restricting employees' access to sensitive data<br><br>https://www.t-mobile.com/business/trends-insights/security/cybersecurity/5g-cybersecurity-benefits |
| [1c] based on the secure stored information indicative of a configurable communication security policy, initiate a first secure tunnel to a network tunnel endpoint, and direct all network data | The method comprises, based on the secure stored information indicative of a configurable communication security policy, initiating a first secure tunnel to a network tunnel endpoint, and directing all network data communications to and from device application instances executing in the first secure application environment through the first secure tunnel.<br><br>For example, T-Mobile's platform allows enterprise customers to define and push service and security policies to groups of enrolled corporate-owned or BYOD mobile devices. These managed devices are provisioned on T-Mobile's cellular network and typically assigned to the enterprise customer account. The MDM system can organize devices into groups by role, department, or function, all of which communicate via T-Mobile's LTE/5G wireless network. MDM policies can enforce rules based on network context, such as VPN enforcement and restrictions or allowances based on SSID or network type. These policies apply dynamically based on the device's connectivity status and ensure compliance with enterprise standards.<br><br>"On the security front, T-Mobile's Secure Wi-Fi is a VPN traffic encryption service that automatically turns on when the managed corporate mobile device connects to any Wi-Fi network." "On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint |

| Claim | Public Documentation |
|---|---|
| communications to and from device application instances executing in the first secure application environment through the first secure tunnel. | device management capabilities with corporate-owned or BYOD smartphones and tablets." "T-Mobile for Business provides customers with a hosted web-based portal that allows IT and mobility admins to remotely manage all devices from any location." <br><br> https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 <br><br> **Best Security Practices for Workforce Mobility.** <br><br> Keeping network access and sensitive data flowing to the right hands—and out of the wrong ones—is an increasingly complex endeavor. Fortunately, there are solutions that can quickly improve an organization's security stance, organized in three key categories: devices, network, and people. <br> **Devices.** Mobile Device Management (MDM) solutions, executed via a central cloud-based console, help address device security. They typically offer two key features: <br><br> • *Security* – Mobile Device Management solutions can help organizations control device access, set usage and password policies, remotely lock/wipe a lost or stolen phone, and hinder access to hackers or malware attacks. <br><br> • *Management* – MDM solutions deliver a single platform where all mobile devices in use can be monitored and managed and can authorize users with some form of identity management. MDM also offers the ability to perform remote troubleshooting and device repair, set compliance policies, and increase device visibility. <br><br> **Network and People.** The FTC maintains a running list of helpful tips and advice for those looking to make their mobile futures as secure as possible, including: <br><br> • Network segmentation <br> • Requiring secure passwords and authentication <br> • Restricting employees' access to sensitive data <br><br> https://www.t-mobile.com/business/trends-insights/security/cybersecurity/5g-cybersecurity-benefits |