# Exhibit 10

# Exhibit 10 - U.S. Patent No. 10,779,177 ("'177 Patent")

Accused Instrumentalities: the T-Mobile MDM Solution including T-Mobile for Business Mobile Device Management Solutions, and all versions and variations thereof since the issuance of the asserted patent.

Claim 1

| Claim | Public Documentation |
|---|---|
| [1pre] A system, comprising: | To the extent the preamble is found to be limiting, the Accused Instrumentalities contain a system comprising the claimed elements as discussed below. *See also, e.g.*:<br><br>For example, the Accused Instrumentalities are a network system:<br><br><br><br>https://www.t-mobile.com/business/solutions/security/mobile-device-management |

| Claim | Public Documentation |
|---|---|
| [1a] a processor of a network device, wherein the processor is configured to: | The Accused Instrumentalities include a processor of a network device.<br><br>For example, the Accused Instrumentalities run on one or more network devices, each of which necessarily includes a monolithic or distributed processor. |
| [1b] for each of a plurality of wireless end-user devices, connect through a respective secure control plane link to a respective service processor executing on that wireless end-user device; | In the Accused Instrumentalities, the processor is configured to, for each of a plurality of wireless end-user devices, connect through a respective secure control plane link to a respective service processor executing on that wireless end-user device.<br><br>For example, one of the features of the Accused Instrumentalities is they allow an enterprise to allow "remote troubleshooting and device fixes" and "as an ultimate control, EMM/MDM functionality can prevent data loss and compromise by remotely wiping devices completely or clearing just the corporate apps and data from devices if they are BYOD." To remotely control device permissions and policies, the system must link securely to a service processor on a wireless end-user device.<br><br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |
| [1c] for each of the plurality of wireless end-user devices, control, through the respective secure control plane link, respective settings for the respective service processor according to a corresponding device group partition from a plurality of such partitions, wherein different ones of the corresponding | In the Accused Instrumentalities, the processor is configured to, for each of the plurality of wireless end-user devices, control, through the respective secure control plane link, respective settings for the respective service processor according to a corresponding device group partition from a plurality of such partitions, wherein different ones of the corresponding device group partitions are independently managed by respective service provider partners, the respective settings defining device activities that are to be accounted by a service processor as device-generated service usage information for the corresponding device group partition.<br><br>For example, T-Mobile's platform allows enterprise customers to define and push service and security policies to groups of enrolled corporate-owned or BYOD mobile devices. These managed devices are provisioned on T-Mobile's cellular network and typically assigned to the enterprise customer account. The MDM system can organize devices into groups by role, department, or function, all of which communicate via T-Mobile's LTE/5G wireless network. MDM policies can enforce rules based on network context, such as VPN enforcement and restrictions or allowances based on SSID or network type. These policies apply dynamically based on the device's connectivity status and ensure compliance with enterprise standards.<br><br>"On the security front, T-Mobile's Secure Wi-Fi is a VPN traffic encryption service that automatically turns on when the managed corporate mobile device connects to any Wi-Fi network." "On the management front, T-Mobile for Business partners with leading EMM/MDM software providers to tie in endpoint device management capabilities with corporate-owned or BYOD smartphones and tablets." "T-Mobile for Business provides customers with a hosted web-based portal that allows IT and mobility admins to remotely manage all devices from any location."<br>https://www.t-mobile.com/content/dam/digx/tfb/us/en/non-dynamic-media/pdf/Security_Spotlight_Report_Mitigating_Mobile_Security_Threats_FINAL.pdf?icid=TFB_TMO_P_TFBSECUSOL_92CAA7B780A1449238622 |

| Claim | Public Documentation |
|---|---|
| device group partitions are independently managed by respective service provider partners, the respective settings defining device activities that are to be accounted by a service processor as device-generated service usage information for the corresponding device group partition; | |
| [1d] collect, through the respective secure control plane links, the respective device-generated service usage information from each of the plurality of wireless end-user devices; and | In the Accused Instrumentalities, the processor is configured to collect, through the respective secure control plane links, the respective device-generated service usage information from each of the plurality of wireless end-user devices.<br><br>For example, the Accused Instrumentalities necessarily collect the device-generated service usage information from each managed device. *See, e.g.*, [1c]. |

| Claim | Public Documentation |
|---|---|
| [1e] aggregate the device-generated service usage information for a settlement platform according to respective device group partitions, such that a respective service activity report for each device group partition includes the collected device-generated service usage information specific to the wireless end-user devices belonging to that device group partition; and | In the Accused Instrumentalities, the processor is configured to aggregate the device-generated service usage information for a settlement platform according to respective device group partitions, such that a respective service activity report for each device group partition includes the collected device-generated service usage information specific to the wireless end-user devices belonging to that device group partition.<br><br>For example, the Accused Instrumentalities provide a settlement platform where an IT manager for each partner can view service activity reports such as device diagnostics. *See, e.g.*, [1c]. |
| [1f] a memory coupled to the processor and configured to provide the processor with instructions. | The Accused Instrumentalities include a memory coupled to the processor and configured to provide the processor with instructions.<br><br>For example, the Accused Instrumentalities include network devices with programmable processors, which use a memory coupled to the processor to store instructions. *See, e.g.*, [1c]. |